Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Amanda Jackson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 22-cv-1307 |
| | ) | |
| Methodist Health Services Corporation, | | |
| d/b/a Unitypoint Health- Central Illinois | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** That Plaintiff, Amanda Jackson, recover nothing on her claims against Defendant, Methodist Health Services Corporation, d/b/a Unitypoint Health- Central Illinois.

**Dated: 2/13/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court